UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.: 18-02059

Rosalee B James  )

)  Chapter: 13

)

)  Honorable Timothy Barnes

)

)

Debtor(s)  )

# ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the current plan is amended at Section 3.1 of the Chapter 13 Plan to list the collateral as 17126 Amarose Drive, Houston, TX 77090.

Enter:

Honorable Timothy A. Barnes

United States Bankruptcy Judge

Dated: September 06, 2018

**Prepared by:**